**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Orlando STRAW, Defendant–Appellant.**

**No. 13–1102.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 17, 2013.

Filed: April 22, 2013.

Daniel C. Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

John D. Jacobsen, Jacobsen & Johnson, Cedar Rapids, IA, for Defendant–Appellant.

Orlando Straw, Chicago, IL, pro se.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

After Orlando Straw admitted violating his release conditions, the district court[1] revoked his supervised release and sentenced him to 9 months in prison with no supervision to follow. Straw appeals, arguing that his sentence is unreasonable and that the court improperly weighed the sentencing factors. We disagree. The record shows that the district court properly considered the relevant sentencing factors before imposing a revocation sentence that was authorized by statute and within the applicable Guidelines range. *See* 18 U.S.C. §§ 3553(a), 3583(e)(3); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir.2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range); *United States v. White Face*, 383 F.3d 733, 740 (8th Cir.2004) (court need not list every § 3553(a) factor when sentencing defendant upon revocation of supervised release).

Accordingly, we affirm the judgment of the district court. We also grant counsel leave to withdraw, subject to counsel informing Shaw about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.